IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
01 JUN 15 PM 4:18
U.S. DISTRICT COURT
N.D OF ALABAMA

AUNDREA MCGRAW,           )
                          )
        Plaintiff,        )
                          )
vs.                       )   CV 00-S-3683-S
                          )
OFFICER PICKENS, et.al.,  )
                          )
        Defendant.        )

ENTERED
JUN 15 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 8, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on May 30, 2001.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 15th day of June, 2001.

_____
UNITED STATES DISTRICT JUDGE

